IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| **LADONNA NEWTON,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 5:18-cv-6033 |
| **EXLSERVICE.COM,** | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant ExlService.com, LLC (incorrectly listed as Exlservice.com) ("EXL") hereby provides notice of the removal of this action from the Circuit Court of Clinton County, Missouri, to the United States District Court for the Western District of Missouri, St. Joseph Division. In support of this removal, EXL states as follows:

### Timeliness of Removal

1. On February 16, 2018, Plaintiff filed a Complaint in the Circuit Court of Clinton County, Missouri, styled *LaDonna Newton v. Exlservice.com*, Case No. 18CN-CC00015, on behalf of herself and a purported class. (*See* Complaint and Summons, attached as **Exhibit A**).

2. The Complaint and Summons were first served upon EXL on February 21, 2018. (*See* Notice of Service, attached as **Exhibit B**). All other process, pleadings, or papers that have been filed in this matter are attached as **Exhibit C**.

3. The filing of this Notice of Removal meets the requirements of 28 U.S.C. § 446(b), as it is being filed with this Court within 30 days after service.

## Appropriate Venue

4. Because the Circuit Court of Clinton County lies within the Western District of Missouri, this Court is the appropriate venue for removal. 28 U.S.C. §§ 105(b), 1441(a), and 1446(a).[1]

## Nature of Claims and Federal Question Jurisdiction

5. Plaintiff's Complaint alleges a claim, on behalf of herself and a purported class, for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq.

6. Plaintiff's claim is within the Court's federal question jurisdiction. 28 U.S.C. § 1331. Pursuant to 28 U.S.C. § 1441(b), an action within this Court's federal question jurisdiction is removable without regard to the parties' citizenship or residence.

7. Promptly after removal, EXL will file a copy of this Notice with the Clerk of the Circuit Court of Clinton County, Missouri, and will provide notice to Plaintiff as required by 28 U.S.C. §1446.

8. Pursuant to Local Rule 7.0(a), a completed Civil Cover Sheet is being filed contemporaneously with this Notice of Removal.

9. By filing this Notice of Removal, EXL does not waive any defense, jurisdictional or otherwise, which it may possess, including the contention that Plaintiff lacks standing pursuant to Article III of the United States Constitution because she sustained no injury-in-fact.

10. For all the foregoing reasons, removal of this action to this Court is proper pursuant to the provisions of 28 U.S.C. §§ 1331, 1441, and 1446.

---

[1] EXL reserves all rights with regard to seeking a potential change of venue.

Respectfully submitted,

/s/ *Uzo N. Nwonwu*
Uzo N. Nwonwu, MO #59713
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
Telephone: 816-627-4400
Facsimile: 816-627-4444
unwonwu@littler.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and further certify that I have mailed by U.S. Mail, first-class postage prepaid, the document to the following counsel of record:

Charles Jason Brown
Jayson A. Watkins
BROWN & WATKINS LLC
301 S. US 169 Hwy
Gower, MO 64454

ATTORNEYS FOR PLAINTIFF

*/s/ Uzo N. Nwonwu*
Attorney for Defendant

Firmwide:153565101.1 083406.1014