# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| LADONNA NEWTON, | ) |
| Individually and on behalf of all others, | ) |
|     Plaintiff, | ) |
| | ) Case No. 5:18-cv-06033-BP |
| vs. | ) |
| | ) |
| EXLSERVICE.COM, | ) |
|     Defendant. | ) |

### CLERK'S ORDER OF DISMISSAL

On the 15TH day of June, 2018, the parties herein having filed a Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed without prejudice. Each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
  **/s/ Kelly McIlvain**
Deputy Clerk

Date: 6/15/2018